PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DARNELL ATTERBERRY,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>        Defendant. | Case No.: 1:22-cv-00282-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

      On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 8, 2022 | */s/ Jonathan Omar Pena\** <br> (*as authorized via e-mail on 6/6/22) <br> JONATHAN OMAR PENA <br> Attorney for Plaintiff |
| Dated: June 8, 2022 | PHILLIP A. TALBERT <br> United States Attorney <br> PETER K. THOMPSON (HI 5890) <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | */s/ Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney |
|  | Attorneys for Defendant |

## ORDER

Based upon the parties' stipulation (ECF No. 12), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court shall enter a final judgment in favor of Plaintiff and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **June 9, 2022**           /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE